UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - PIKEVILLE

| | |
|---|---|
| CHARLES SCOTT HOWARD )<br>)<br>and )<br>)<br>RALPH SHUFFLER )<br>)<br>     Plaintiffs )<br>)<br>v. )<br>)<br>CUMBERLAND RIVER COAL COMPANY )<br>)<br>     Defendant ) | Civil Action No. 07-189-ART |

**NOTICE OF RESOLUTION OF ATTORNEY FEES & COSTS ISSUE**

     Come the Plaintiffs, Charles Scott Howard ("Howard") and Ralph Shuffler ("Shuffler"), through counsel, and hereby notify the Court that the issue of attorney fees and costs in this action has been resolved informally by the parties. Therefore, Howard & Shuffler will not be filing a petition for attorney fees and costs with the Court.

     Respectfully submitted,

     /s/ **Tony Oppegard**
     _____

     TONY OPPEGARD
     Attorney-at- Law
     P.O. Box 22446
     Lexington, Kentucky 40522
     859/948-9239

     Attorney for Charles Scott Howard & Ralph Shuffler

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Resolution of Attorney Fees & Costs Issue was served via the Court's CM-ECF system on this 23rd day of March, 2009, to: Thomas P. Gies and Rebecca L. Springer, Attorneys-at-Law, CROWELL & MORING, 1001 Pennsylvania Avenue, NW, Washington, D.C. 20004. Said document was also transmitted to said counsel on this date via e-mail to: tgies@crowell.com and rspringer@crowell.com.

**/s/ Tony Oppegard**

_____

TONY OPPEGARD
Attorney for Plaintiffs